```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

MARGARET I. ROWE,                  :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :     CIVIL ACTION 06-0209-M
                                   :
MICHAEL J. ASTRUE[1],              :
Commissioner of                    :
Social Security,                   :
                                   :
    Defendant.                     :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. 2412 be **GRANTED** and that Plaintiff's counsel be **AWARDED** an EAJA attorney's fee in the amount of $787.50.  No costs are taxed.

DONE this 2nd day of April, 2007.

                                        <u>s/BERT W. MILLING, JR.</u>
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Effective February 1, 2007, Michael J. Astrue was confirmed by the Senate to serve as the Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).